AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Joshua Coker<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 23-mj-159
Assigned To: Magistrate Judge Zia M. Faruqui
Date Assigned: 7/10/2023
Description: Complaint with Arrest Warrant

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                                    Joshua Coker                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☒ Complaint

☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(B) - Entering and Remaining in the Gallery of Congress;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Zia M. Faruqui
2023.07.10 18:13:43 -04'00'

Date:  _____07/10/2023_____                    _____
                                                                            *Issuing officer's signature*

City and state:  _____Washington, D.C._____          ____Zia M. Faruqui, U.S. Magistrate Judge____
                                                                                            *Printed name and title*

---

**Return**

This warrant was received on *(date)* _7/7/2023_ , and the person was arrested on *(date)* _7/18/2023_
at *(city and state)*  _TOLEDO, OH_ .

Date: _7/18/2023_                                        _____
                                                                            *Arresting officer's signature*

                                                MATTHEW DeSORBO | SPECIAL AGENT
                                                                            *Printed name and title*